# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2546MN

_____

|  |  |  |
|---|---|---|
| Annie Kaye, | * | |
| | * | |
| Appellant, | * | |
| | * | On Appeal from the United |
| v. | * | States District Court |
| | * | for the District of |
| Lucent Technologies, Inc.; Business | * | Minnesota. |
| Communications Systems, an operating | * | |
| unit of Lucent Technologies, Inc.; and | * | [Not To Be Published] |
| Paul M. Sylvia, individually and as | * | |
| agent of Lucent Technologies, Inc., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 16, 2001
Filed: February 26, 2001

_____

Before RICHARD S. ARNOLD, LAY, and HANSEN, Circuit Judges.

_____

PER CURIAM.

This is an action under Title VII for discriminatory discharge based on gender, and state-law claims of fraud and defamation are also asserted. The District Court[1] granted defendants' motion for summary judgment. We affirm.

_____

[1]The Hon. Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.

We have little to add to the well-reasoned opinion of the District Court. Defendant gave business-related reasons for its decision to fire the plaintiff, and there is no substantial evidence to show that defendant did not genuinely believe these reasons, or that they were a pretext for gender discrimination. We do not believe that the nature of the case requires a more extended discussion.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.